# United States District Court
## For The Western District of North Carolina
## Charlotte Division

JONEKA DARCELL LOVE,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                     3:09CV176-1-MU

SOUTH CORRECTIONAL INSTITUTE,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2009 Order.

Signed: May 20, 2009

Frank G. Johns, Clerk
United States District Court